Jeffrey A. Dito, Esq., SBN 125003
VALINOTI & DITO, LLP
180 Montgomery Street, Suite 940
San Francisco, California  94104
Telephone:  (415) 986-1338
Facsimile:  (415) 986-1231
E-mail:     jdito@valinoti-dito.com

Attorneys for Plaintiff

UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCHOEFFNER, an individual ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CO-OPERATIVE ADJUSTMENT BUREAU, a ) <br> California Corporation ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. C 07-01967 EDL <br><br> **JOINT STIPULATION DISMISSING ACTION PURSUANT TO SETTLEMENT** |

**JOINT STIPULATION TO DISMISS ACTION**                                       **PAGE 1**

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), Plaintiff Jeffrey Schoeffner and Defendant Co-Operative Adjustment Bureau, a California Corporation hereby stipulate to the dismissal with prejudice of the above-captioned action. Pursuant to the terms of the settlement agreement, the parties agree to bear their own costs and attorneys' fees.

Accordingly, the parties request that the Court enter this order dismissing Plaintiff's action against Defendant in its entirety with prejudice.

Dated: September 12, 2007        VALINOTI & DITO, LLP

                                 By:  //S//
                                 Jeffrey A. Dito,
                                 Attorneys For Plaintiff

Dated: September 12, 2007        By:  //s//
                                 Ralph L. Pollard
                                 Attorney for Defendant

**IT IS SO ORDERED:**

Dated: September 18, 2007        _____
                                 Hon. Elizabeth D. Laporte
                                 United States Magistrate Judge

I, Jeffrey A. Dito, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                    //s//
                 Jeffrey A. Dito

**PROOF OF SERVICE**

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of eighteen years and am not a party to the within action; my business address is 180 Montgomery Street, Suite 940, San Francisco, California 94104. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and for overnight delivery via express courier.

On the date set forth below, I served a true copy of the foregoing **JOINT STIPULATION DISMISSING ACTION PURSUANT TO SETTLEMENT** on the addressee(s) below by one or more of the following methods:

(X) BY FIRST-CLASS MAIL. By placing same in an envelope, sealing, fully prepaying postage thereon and depositing said envelope in the U.S. Mail at San Francisco, California.

( ) BY PERSONAL SERVICE. By personal delivery of same.

( ) BY EXPRESS COURIER. By placing same in a sealed FEDERAL EXPRESS envelope, airbill addressed as shown, for collection and delivery pursuant to the ordinary business practice of this office, which is that correspondence for overnight delivery via courier service is collected and deposited with the courier service representative on the same day in the ordinary course of business.

Addressee(s):  Ralph L. Pollard, Esq.
Attorney at Law
360 Civic Drive, Suite B
Pleasant Hill, CA 94523

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 18, 2007 at San Francisco, California.

                                             //s//
                                             Anthony Griego